

April 20, 2017

VIA FOIA PORTAL

TO:                        Federal Bureau of Investigation

FROM:                   James Robertson
                            Senior Managing Editor
                            The National Enquirer
                            4 New York Plaza (2nd Floor)
                            New York, NY 10004
                            (212) 743-6555

Dear Sir or Madam,

I am a reporter and editor for *The National Enquirer*. I request records under the provisions of the Freedom of Information Act, 5 U.S.C. § 552.

Request

*The Enquirer* seeks all documents relating to the FBI's investigation and prosecution of financier Jeffrey Edward Epstein, who pled guilty to one count of felony solicitation of prostitution in August 2006.

Background

Jeffrey Epstein is a billionaire financier, philanthropist, and sex offender. In 2005, Epstein became the subject of an undercover sex trafficking investigation by Palm Beach, Florida police and the FBI. Dozens of underage women claimed that they had been trafficked by Epstein to perform sexual acts on him as well as his friends.

Many prominent political figures have been connected to Mr. Epstein's child-trafficking ring, including former President Bill Clinton and Prince Andrew of the British Royal Family.

Links: (Bill Clinton) http://www.foxnews.com/us/2016/05/13/flight-logs-show-bill-clinton-flew-on-sex-offenders-jet-much-more-than-previously-known.html; (Prince Andrew) https://www.theguardian.com/world/2015/jan/10/jeffrey-epstein-decade-scandal-prince-andrew

Despite the gravity of his offenses, the Department of Justice agreed to allow Epstein to plead guilty to a single count of soliciting prostitution from an underage girl under Florida state law, and served only 13 months in prison. In addition, prosecutors agreed not to bring charges against Epstein's alleged co-conspirators.



Link: https://www.theguardian.com/world/2015/jan/10/jeffrey-epstein-decade-scandal-prince-andrew

Papers filed in a 2006 lawsuit alleged that Epstein surreptitiously recorded sexual activity between prominent individuals and underage girls for purposes of blackmail, leaving many to wonder whether potential blackmail material played a role in his light sentence:

Link: http://www.ibtimes.com.au/prince-andrew-might-have-been-caught-tape-sex-slave-1407641

Expedited Processing

This request has been the subject of the request is of widespread and exceptional media interest and the information sought involves possible questions about the government's integrity which affects public confidence. Specifically; the issue of whether Mr. Epstein's wealth and connections secured him favorable treatment by the DOJ.

Given that a civil defamation trial between one of Epstein's victims and his alleged co-conspirator, Ghislaine Maxwell, has just begun, the topic is of renewed interest to the public and therefore is worthy of expedited processing.

Certification

The above information is true and correct to the best of my knowledge.

Fee Waiver

*The National Enquirer* is a news organization. Under 5 U.S.C. § 552(a)(4)(A)(iii), the *Enquirer* is entitled to a fee waiver because disclosure of the information sought is in the public interest, is likely to contribute significantly to public understanding of the operations or activities of the government, and is not primarily in the commercial interest of the requester.

Electronic Records

Please furnish all responsive records in electronic format.

Further Correspondence

All correspondence regarding this request can be directed to me at jrobertson@amilink.com

Please be aware that under 5 U.S.C. § 552(a)(6)(A), a FOIA request is considered constructively denied after twenty business days.



If you have any questions, do not hesitate to contact me.

Thank you for your prompt attention to this request.

Sincerely,

James Robertson
Senior Managing Editor