UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RADAR ONLINE LLC,

            Plaintiff,

- against -

FEDERAL BUREAU OF
INVESTIGATION,

            Defendant.

**ORDER**

17 Civ. 3956 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      WHEREAS Defendant previously requested – and this Court granted – an extension to produce a draft <u>Vaughn</u> index (Dkt. No. 23);

      WHEREAS the <u>Vaughn</u> index was to be produced by July 22, 2020 (<u>id.</u>);

      WHEREAS the parties entered a stipulation – approved by this Court – detailing their obligation to meet and confer after the production of the <u>Vaughn</u> index and to submit, in part, a joint status letter to this Court within 60 days after the meet and confer (<u>see</u> Dkt. No. 17 at ¶ 5);

      WHEREAS this Court has received no status letter from the parties;

      IT IS HEREBY ORDERED that the parties are required to submit a joint status letter to this Court by December 8, 2020.

Dated:  New York, New York
          December 2, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge