

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street, Third Floor
New York, New York 10007

July 20, 2023

**By ECF**
The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

     Re:    *Radar Online, LLC v. FBI,* 17 Civ. 3956 (PGG)

Dear Judge Gardephe:

     This Office represents the Federal Bureau of Investigation ("FBI" or "the Government") in the above-referenced action filed by Radar Online, LLC and James Robertson under the Freedom of Information Act, 5 U.S.C. § 552. At the request of Chambers, I will be refiling momentarily the June 28, 2021, declaration of Michael G. Seidel and associated exhibits, ECF No. 40, with each exhibit attached separately to the declaration.

                                Respectfully submitted,

                                DAMIAN WILLIAMS
                              United States Attorney
                              Southern District of New York

               By:    /s/ Allison M. Rovner
                      ALLISON M. ROVNER
                      Assistant United States Attorney
                      Tel.: (212) 637-2691
                      Fax: (212) 637-2750
                      E-mail: allison.rovner@usdoj.gov

cc:    Daniel Novack, Esq. (by ECF)