IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

RADAR ONLINE LLC and JAMES ROBERTSON,

Plaintiffs,

v.

FEDERAL BUREAU OF INVESTIGATION,

Defendant.

Civil Action No. 1:17-cv-03956-PGG

# **<u>Exhibit A</u>**

----START MESSAGE---- Subject: eFOIA Request Received Sent: 2017-04-20T18:49:46.543923+00:00 Status: pending Message:

## Organization Representative Information

| | |
|---|---|
| **Organization Name** | The National Enquirer |
| **Prefix** | |
| **First Name** | James |
| **Middle Name** | |
| **Last Name** | Robertson |
| **Suffix** | |
| **Email** | jrobertson@amilink.com |
| **Phone** | 2127436555 |
| **Location** | United States |

## Domestic Address

| | |
|---|---|
| **Address Line 1** | 4 New York Plaza |
| **Address Line 2** | 2nd Floor |
| **City** | New York |
| **State** | New York |
| **Postal** | 10004 |

## Agreement to Pay

| **How you will pay** | I am requesting a fee waiver for my request and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and will enter that maximum amount in the box below. |
|---|---|

| **Allow up to $** | 99,999 |
|---|---|

## Proof Of Affiliation for Fee Waiver

| **Waiver Explanation** | The National Enquirer is a news organization. Under 5 U.S.C. § 552(a)(4)(A)(iii), the Enquirer is entitled to a fee waiver because disclosure of the information sought is in the public interest, is likely to contribute significantly to public understanding of the operations or activities of the government, and is not primarily in the commercial interest of the requester. |
|---|---|

| **Documentation Files** | |
|---|---|

## Non-Individual FOIA Request

| **Request Information** | Please see attached pdf for the National Enquirer's FOIA request concerning the investigation and prosecution of financier Jeffrey Epstein in 2005 and 2006 for crimes relating to sexual trafficking of minors. |
|---|---|

## Expedite

| **Expedite Reason** | This request has been the subject of the request is of widespread and exceptional media interest and the information sought involves possible questions about the government's integrity which affects public confidence. Specifically; the issue of whether Mr. Epstein's wealth and connections secured him favorable treatment by the DOJ.<br><br>Given that a civil defamation trial between one of Epstein's victims and his alleged co-conspirator, Ghislaine Maxwell, has just begun, the topic is of renewed interest to the public and therefore is worthy of expedited processing. |
|---|---|

----END MESSAGE----



April 20, 2017

VIA FOIA PORTAL

TO:                          Federal Bureau of Investigation

FROM:                        James Robertson
                             Senior Managing Editor
                             The National Enquirer
                             4 New York Plaza (2nd Floor)
                             New York, NY 10004
                             (212) 743-6555

Dear Sir or Madam,

I am a reporter and editor for *The National Enquirer*. I request records under the provisions
of the Freedom of Information Act, 5 U.S.C.§ 552.

Request

*The Enquirer* seeks all documents relating to the FBI's investigation and prosecution of
financier Jeffrey Edward Epstein, who pled guilty to one count of felony solicitation of
prostitution in August 2006.

Background

Jeffrey Epstein is a billionaire financier, philanthropist, and sex offender. In 2005, Epstein
became the subject of an undercover sex trafficking investigation by Palm Beach, Florida
police and the FBI. Dozens of underage women claimed that they had been trafficked by
Epstein to perform sexual acts on him as well as his friends.

Many prominent political figures have been connected to Mr. Epstein's child-trafficking
ring, including former President Bill Clinton and Prince Andrew of the British Royal
Family.

Links: (Bill Clinton) http://www.foxnews.com/us/2016/05/13/flight-logs-show-bill-clinton-
flew-on-sex-offenders-jet-much-more-than-previously-known.html; (Prince Andrew)
https://www.theguardian.com/world/2015/jan/10/jeffrey-epstein-decade-scandal-prince-
andrew

Despite the gravity of his offenses, the Department of Justice agreed to allow Epstein to
plead guilty to a single count of soliciting prostitution from an underage girl under Florida
state law, and served only 13 months in prison. In addition, prosecutors agreed not to bring
charges against Epstein's alleged co-conspirators.



Link: https://www.theguardian.com/world/2015/jan/10/jeffrey-epstein-decade-scandal-prince-andrew

Papers filed in a 2006 lawsuit alleged that Epstein surreptitiously recorded sexual activity between prominent individuals and underage girls for purposes of blackmail, leaving many to wonder whether potential blackmail material played a role in his light sentence:

Link: http://www.ibtimes.com.au/prince-andrew-might-have-been-caught-tape-sex-slave-1407641

Expedited Processing

This request has been the subject of the request is of widespread and exceptional media interest and the information sought involves possible questions about the government's integrity which affects public confidence. Specifically, the issue of whether Mr. Epstein's wealth and connections secured him favorable treatment by the DOJ.

Given the a civil defamation trial between one of Epstein's victims and his alleged co-conspirator, Ghislaine Maxwell, is about to begin, the topic is of renewed interest to the public and therefore is worthy of expedited processing.

Certification

The above information is true and correct to the best of my knowledge.

Fee Waiver

*The National Enquirer* is a news organization. Under 5 U.S.C. § 552(a)(4)(A)(iii), the *Enquirer* is entitled to a fee waiver because disclosure of the information sought is in the public interest, is likely to contribute significantly to public understanding of the operations or activities of the government, and is not primarily in the commercial interest of the requester.

Electronic Records

Please furnish all responsive records in electronic format.

Further Correspondence

All correspondence regarding this request can be directed to me at jrobertson@amilink.com

Please be aware that under 5 U.S.C. § 552(a)(6)(A), a FOIA request is considered constructively denied after twenty business days.



If you have any questions, do not hesitate to contact me.

Thank you for your prompt attention to this request.

Sincerely,

James Robertson
Senior Managing Editor