# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

RADAR ONLINE LLC and JAMES ROBERTSON,

                      Plaintiff,                17 **CIVIL** 3956 (PGG)

    -against-                              **JUDGMENT**

FEDERAL BUREAU OF INVESTIGATION,

                     Defendant.

-------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 25, 2024, Defendant's motion for summary judgment is granted, and Plaintiffs' cross-motion for summary judgment is denied; accordingly, the case is closed.

**Dated:** New York, New York
           June 26, 2024

                                                    **DANIEL ORTIZ**
                                                 **Acting Clerk of Court**

                              **BY**
                                                   **Deputy Clerk**