UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RADAR ONLINE LLC and JAMES ROBERTSON,<br><br>                Plaintiffs,<br><br>- against-<br><br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>                Defendant. | Case No.: 1:17-cv-03956-PGG |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiffs Radar Online LLC and James Robertson ("Plaintiffs") appeal the following order from the district court to the United States Court of Appeals for the Second Circuit :

The order and opinion entered on June 25, 2024 (Dkt. 64)

Dated:  July 19, 2024

                                          By: /s/ Daniel R. Novack
                                          Daniel R. Novack
                                          1745 Broadway 14th Floor
                                          New York, NY 10019
                                          Telephone: 201-213-1425
                                          Email: dan@novackmedialaw.com

                                          *Attorney for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2024 I electronically filed the foregoing Notice of Appeal with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF participants in connection with this matter.

By: /s/ Daniel R. Novack
Daniel R. Novack