S.D.N.Y.
17-cv-3956
Gardephe, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of April, two thousand twenty-six.

Present:

Denny Chin,
Raymond J. Lohier, Jr.,
Steven J. Menashi,
    *Circuit Judges*.

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: ___4/2/2026___

Radar Online LLC, James Robertson,

    *Plaintiffs-Appellants*,

    v.

Federal Bureau of Investigation,

    *Defendant-Appellee*.

24-1964

_____

Defendant-Appellee, the Federal Bureau of Investigation, moves for remand. Upon due consideration, it is hereby ORDERED that the June 26, 2024 order of the District Court is VACATED, the motion for remand is GRANTED, and the case is REMANDED for the District Court to consider whether Plaintiffs-Appellants' claims for relief have been rendered moot by the Government's release of documents pursuant to the Epstein Files Transparency Act, Pub. L. No. 119-38, 139 Stat. 656 (2025), and the impacts, if any, of that statute and other intervening events on Plaintiffs-Appellants' claims.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

*Catherine O'Hagan Wolfe*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*Catherine O'Hagan Wolfe*

CERTIFIED COPY ISSUED ON 04/02/2026