UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RADAR ONLINE LLC and JAMES
ROBERTSON,

                 Plaintiffs,

        - against -

FEDERAL BUREAU OF
INVESTIGATION,

                 Defendant.

**ORDER**

17 Civ. 3956 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Plaintiffs Radar Online LLC and James Robertson bring this action under the Freedom of Information Act ("FOIA"), seeking records from the Federal Bureau of Investigation ("FBI") related to its investigation and prosecution of financier Jeffrey Epstein for sex crimes. (See Am. Cmplt. (Dkt. No. 12))

On January 30, 2024, the parties filed renewed cross-motions for summary judgment. (See Def. Renewed Sum. J. Mo. (Dkt. No. 56); Pltfs. Renewed Sum. J. Mo. (Dkt. No. 61)) On June 25, 2024, this Court granted summary judgment to Defendants, concluding that the FBI had met its burden to show that the requested records were exempt from disclosure and that "it is not possible to segregate non-exempt information from these [records]." (Renewed Sum. J. Op. (Dkt. No. 64) at 14-15, 19-20 (also denying Plaintiffs' motion for summary judgment))

Plaintiffs appealed this decision on July 22, 2024. (Notice of Appeal (Dkt. No. 66)) On January 7, 2026, while the appeal was pending, the FBI moved for the Second Circuit to "remand this case for further proceedings in district court in light of intervening events." Brief for Petitioner-Appellee at 2, Radar Online LLC v. Federal Bureau of Investigation, No. 24-1964

(Jan. 7, 2026).  In particular, the FBI argued that the passage of the Epstein Files Transparency

Act – which required the government to publish "'all unclassified records, documents,

communications, and investigative materials in the possession of the Department of Justice'" (id.

at 3 (quoting Epstein Files Transparency Act, Pub. L. No. 119-38, 139 Stat. 656 (2025))) –

"substantially changed the legal and factual setting of this case."  (Id. at 6)

On April 2, 2026, the Second Circuit vacated the June 25, 2024 summary

judgment decision and remanded the case for this Court to consider "whether Plaintiff-

Appellants' claims for relief have been rendered moot by the Government's release of

documents pursuant to the Epstein Files Transparency Act."  (Second Cir. Order (Dkt. No. 67)

The mandate issued on April 3, 2026.  (See April 3, 2026 Min. Entry)

By **April 13, 2026**, Plaintiffs will make a submission addressing whether their

claims for relief have been rendered moot by the Government's release of files pursuant to the

Epstein Files Transparency Act.  The Defendant will respond to Plaintiffs' submission by **April

20, 2026.**

Dated:  New York, New York
        April 6, 2026

SO ORDERED.

Paul S. Gardephe

_____
Paul G. Gardephe
United States District Judge

2